DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHANNON L. CARSKADON,**
Appellant,

v.

**DEPARTMENT OF CHILDREN & FAMILIES, OFFICE OF APPEAL HEARINGS,**
Appellee.

No. 4D2023-0439

[December 6, 2023]

Appeal from the State of Florida, Department of Children & Families, Office of Appeal Hearings; Case No. 1521664005.

Shannon L. Carskadon, West Palm Beach, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1979).

GROSS, GERBER and CONNER, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***